**Jesse TRUJILLO, Plaintiff–Appellant,**

v.

**S.K. YOUNG, Warden, Defendant–Appellee.**

No. 03–6942.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Jesse Trujillo, Appellant Pro Se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jesse Trujillo appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Trujillo v. Young,* No. CA–02–1083–7 (W.D.Va. June 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*